IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01407-WYD-MJW

WILLIAM SEAN CONEY,

      Plaintiff,

v.

ARISTEDES ZAVARAS,
Executive Director of the Department of Corrections, and
JOHN SUTHERS, Attorney General of the State of Colorado,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     This matter is before me on the "Motion Requesting Leave to File a Response (Traverse Brief) in Reply to Respondents' Answer," which the applicant, William Sean Coney, submitted to and filed with the court on October 16, 2007.  The motion requesting leave to file a response is **GRANTED.**  Mr. Coney will be allowed thirty (30) days from the date of this order in which to submit a response to the respondents' answer, filed on October 31, 2007.  The motion for appointment of counsel, which Mr. Coney also submitted to and filed with the court on October 16, is **DENIED** as premature.

     Dated:  November 5, 2007