IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01407-WYD-MJW

WILLIAM SEAN CONEY,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
Executive Director of the Department of Corrections, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Defendants.

---

### MINUTE ORDER
---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    This matter is before me on the "Motion for Enlargement of Time," (docket #24) which the applicant, William Sean Coney, submitted to and filed with the court on November 16, 2007. The motion for enlargement of time is **GRANTED**. Mr. Coney will be allowed **thirty (30) days from the date of this minute order in which to submit a response to the respondents' answer, filed on October 31, 2007.**

    This matter is also before me on the "Motion Requesting Transmittal of the Record Pursuant to Rule 5, Rules Governing Section 2254 Cases," (docket #25) which Mr. Coney also submitted to and filed with the court on November 16, 2007. The motion requesting transmittal of the record is **DENIED** as premature.

    Dated: November 26, 2007