IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01407-WYD-MJW

WILLIAM SEAN CONEY,

      Plaintiff,

v.

ARISTEDES ZAVARAS,
Executive Director of the Department of Corrections, and
JOHN SUTHERS, Attorney General of the State of Colorado,

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      The renewed motion for order requesting transmittal of the record pursuant to Rule 5, Rules Governing Section 2254 Cases, that was submitted to and filed with the court on January 11, 2008, by the applicant, William Sean Coney, is **DENIED** as premature.  Mr. Coney is directed to cease submitting unnecessary motions to the court.  If and when I require any additional information from either Mr. Coney or the respondents, I will enter an order asking for that information.  Mr. Coney's failure to comply with this directive may result in the imposition of sanctions, including but not limited to the dismissal of the instant action.

      Dated:  January 17, 2008