IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01407-WYD-MJW

WILLIAM SEAN CONEY,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
Executive Director of the Department of Corrections, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    This matter is before me on the motion titled "Applicant's Motion for Specific Discovery Pursuant to Rule 6, Rules Governing Section 2254 Cases and Federal Rules of Civil Procedure, Rules 26-34," that Applicant, William Sean Coney, submitted to and filed with the court on January 22, 2008. In a minute order I entered on January 17, 2008, I directed Mr. Coney to cease submitting unnecessary motions to the court. I informed him that if and when I require any additional information from either Mr. Coney or the respondents I would enter an order asking for that information. I warned Mr. Coney that his failure to comply with this directive may result in the imposition of sanctions, including but not limited to the dismissal of the instant action. Nonetheless, on January 22, 2008, Mr. Coney submitted to and filed with the court a twenty-five-page motion for discovery with four pages of attachments. The motion is premature and unnecessary. Therefore, the motion is **DENIED**, and the clerk of the court is directed to strike the motion from the docket. Mr. Coney again is warned that his failure to comply with the directive in the January 17 minute order may result in further sanctions, including but not limited to the dismissal of the instant action.

    Dated: January 23, 2008