IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

Civil Action No. 07-cv-01407-WYD

WILLIAM SEAN CONEY,

 Applicant,

v.

ARISTEDE [sic] ZAVARAS, Executive Director, Department of Corrections, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

 Respondents.

## ORDER FOR STATE COURT RECORD

 Applicant, William Shawn Coney, is a prisoner in the custody of the Colorado Department of Corrections at the Arkansas Valley Correctional Facility in Crowley, Colorado. He has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. Respondents have filed an answer, and Mr. Coney has filed a traverse.

 I find that the state court record may be necessary for the resolution of this action. Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, I will direct Respondents to provide to this court the complete record of Mr. Coney's trial in El Paso County District Court Case No. 00CR3200. Accordingly, it is

 ORDERED that Respondents shall provide to this court **within twenty (20) days from the date of this order** the complete record of Mr. Coney's trial in El Paso County District Court Case No. 00CR3200. It is

FURTHER ORDERED that the clerk of the El Paso County District Court produce the records as described in this order that are in their possession and provide the records to counsel for Respondents in this case for filing with this Court. It is

FURTHER ORDERED that the clerk of this Court send a copy of this order to both parties and to the clerk of the El Paso County District Court, 270 South Tejon Street, P.O. Box 2980, Colorado Springs, CO 80903.

Dated: May 26, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge