IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01407-WYD

WILLIAM SEAN CONEY,

    Applicant,

v.

ARISTEDE [sic] ZAVARAS, Executive Director, Department of Corrections, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER FOR CLARIFICATION OF STATE COURT RECORD

---

    It has come to my attention that the state court record of the trial of Applicant, William Sean Coney, in El Paso County District Court Case No. 00CR3200, submitted by the El Paso County Combined Courts in the form of a CD (document #38), lacks any references to volumes of the trial record. However, the respondents in their answer (document #22) cite extensively to the state court trial record by volume.

    Therefore, the respondents are directed to file by August 13, 2009, an index of volumes that corresponds with the trial record on the CD submitted by the El Paso County Combined Courts. Accordingly, it is

    ORDERED that Respondents shall provide to this court by **August 13, 2009**, an index of volumes that corresponds to the trial record on the CD submitted by the El Paso County Combined Courts. It is

FURTHER ORDERED that the clerk of this Court send a copy of this order to both parties and to the clerk of the El Paso County District Court, 270 South Tejon Street, P.O. Box 2980, Colorado Springs, CO 80903.

Dated: August 6, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge