IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01407-WYD

WILLIAM SEAN CONEY,

      Applicant,

v.

ARISTEDE [sic] ZAVARAS, Executive Director,
COLORADO DEPARTMENT OF CORRECTIONS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

ORDER DENYING CERTIFICATE OF APPEALABILITY

---

Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

ORDERED that a certificate of appealability will not be issued.

Dated:  September 25, 2009

                    BY THE COURT:


                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    Chief United States District Judge